**Order entered January 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01239-CV

### TAMELA HANSON D.B.A. POOL SPA DALLAS, Appellant

### V.

### THOMAS MOSEY, Appellee

### On Appeal from the County Court at Law No. 4
### Dallas County, Texas
### Trial Court Cause No. CC-18-04755-D

## ORDER

The reporter's record in this case is overdue. By postcard dated December 6, 2018, we notified Coral Hough, Official Court Reporter for County Court at Law No. 4, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, Ms. Hough has failed to comply with the Court's order.

Accordingly, we **ORDER** Coral Hough to file, within **TWENTY DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant is not entitled to proceed without payment of costs and has not paid for or made arrangements to pay for the reporter's record. *We notify appellant that if we receive verification the reporter's record has not been requested of that appellant has been found not entitled to proceed without payment of costs and has not paid for or made*

*arrangements to pay for the reporter's record, we will order the appeal submitted without the*

*reporter's record.  See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Paula M. Rosales
Presiding Judge
County Court at Law No. 4

Coral Hough
Official Court Reporter
County Court at Law No. 4

All parties

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE